UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 13 Cr. 652 (KPF) |
| ILAN ZARGER, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On February 18, 2020, the Court arraigned Zarger on certain specifications regarding his violation of supervised release. (Minute Entry for 2/18/20). At the arraignment, the Court set a conference date of April 1, 2020. (*Id.*). On March 17, 2020, the Southern District of New York entered Standing Order M10-468, adjourning all violation hearings due to the ongoing COVID-19 pandemic. Accordingly, the violation hearing is hereby ADJOURNED to **June 22, 2020, at 3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated: March 25, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge