UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ILAN ZARGER,<br><br>Defendant. | 13 Cr. 652 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has a violation of supervised release hearing scheduled for Mr. Zarger on **June 22, 2020, at 3:30 p.m**. (*See* Dkt. #13). That hearing will proceed as scheduled via videoconference, with audio access as follows: Dial-in (917) 933-2166, Conference ID: 555611196. The parties who will be participating by video will be provided a link in advance of the conference.

SO ORDERED.

Dated:   June 12, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge